

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00757-CV

**FEDEX CORPORATION** and FedEx Corporate Services, Inc.,
Appellants

v.

Michelle **CONTRERAS**, Individually and as Representative of the Estate of Christopher Talamantez, II, Deceased; Krystal Saldana as Next Friend of C.M.T., II and J.T., Minors; Victoria Campos as Next Friend of D.C., a Minor; Christopher Talamantez, Sr.; Aurelio Fernando Perez, Individually and as Representative of the Estate of Christian Adam Vasquez, Deceased; and Alexis Sanchez, Individually, as Representative of the Estate of Christian Vasquez, Deceased and as Next Friend of C.V., Jr., a Minor,
Appellees

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-22752
Honorable Mary Lou Alvarez, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's order denying the special appearances of appellants FedEx Corporation and FedEx Corporate Services, Inc. is REVERSED. We RENDER judgment dismissing the claims raised by appellees Michelle Contreras, Individually and as Representative of the Estate of Christopher Talamantez, II, Deceased; Krystal Saldana as Next Friend of C.M.T., II and J.T., Minors; Victoria Campos as Next Friend of D.C., a Minor; Christopher Talamantez, Sr.; Aurelio Fernando Perez, Individually and as Representative of the Estate of Christian Adam Vasquez, Deceased; and Alexis Sanchez, Individually, as Representative of the Estate of Christian Vasquez, Deceased and as Next Friend of C.V., Jr., a Minor against FedEx Corporation and FedEx Corporate Services, Inc. for lack of personal jurisdiction. We ORDER appellees to pay the costs of this appeal.

SIGNED August 19, 2020.

_____
Beth Watkins, Justice